UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WAYNETTE ENSLEY, and
COLEMAN ENSLEY,

    Plaintiffs,

v.                                                                            CASE NO. 2:09-CV-777-FtM-36DNF

ALL WAYS ELECTRIC, LLC, a Florida
corporation, VALERIE CHAMBERLAIN,
individually,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on August 16, 2010 (Dkt. 25) recommending that the Court approve the parties' settlement agreement and dismiss this action with prejudice (Dkt. 24). The Court notes that neither party filed written objections to the Report and Recommendation, and the time for filing such objections has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

ACCORDINGLY, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 25) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion to Approve Settlement and Release Agreement (Dkt. 24) is **GRANTED**. The Settlement Agreement (Dkt. 24, Ex. 1) is **APPROVED**.

3) This case is dismissed with prejudice.

4) The clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 31, 2010.

Charlene Edwards Honeywell
United States District Judge

Copies to:
United States Magistrate Judge Douglas N. Frazier
Counsel of Record